14CV1105
JUDGE DURKIN
MAG. JUDGE MASON

| | | |
|---|---|---|
| Coretta Barnes | ) | United States District Court |
| | ) | Northern District of Illinois |
| Plaintiff | ) | |
| | ) | RECEIVED |
| v. | ) | FEB 14 2014 |
| Michael Lerner and | ) | THOMAS G. BRUTON |
| ZBD Management | ) | CLERK, U.S. DISTRICT COURT |
| Defendant | ) | |

## COMPLAINT

I, Coretta Barnes, plaintiff, bring this case and complaint to this Honorable Court to be examined and decided upon based on the Constitutional Rights that have been established in the United States of America and the State of Illinois, and also by the Federal and State laws that have been established by the United States government.

1. Michael Lerner illegally acquired the property that I currently reside in. The way in which Michael Lerner acquired this property is through Mortgage Securitization Fraud, rendering a clouded chain of title. Michael Lerner had an opportunity to prove ownership of the property in a civil case in the Circuit Court. He failed to prove ownership and the judge ruled in my favor on April 24, 2013. Yet, despite his not being able to prove LEGAL ownership of the property, Michael Lerner has continued to try to evict me.

2. Michael Lerner and ZBD Management, his company violated my Constitutional and Civil Rights. On January 14, 2014, Michael Lerner and ZBD Management carried out a wrongful eviction, in deliberate disobedience to a judge's orders. They did this knowing full well that they did not acquire the property that I reside in legally. They are "stealing" this property in an attempt to make a profit. This is unconscionable! Through trial in this Honorable Court, I intend to expose this fraud and deception.

Corella Barnes
2444 W. Madison St.
Unit 2/201
Chicago, IL 60612
312.765.7727