# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
CORETTA BARNES
vs.

Case Number: 14 CV 1105

MICHAEL LERNER
ZBD MANAGEMENT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
MICHAEL LERNER
ZBD MANAGEMENT

| | |
|---|---|
| **NAME** (Type or print)<br>Craig G. Penrose | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Craig G. Penrose | |
| **FIRM**<br>Laurie & Brennan, LLP | |
| **STREET ADDRESS**<br>2 North Riverside Plaza, Suite 1750 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6243643 | **TELEPHONE NUMBER**<br>312 234-0305 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |